UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RUBYE BAKER, Personal Representative
for THE ESTATE OF STACEY BAKER,
deceased.

      Plaintiff,                           Case No. 04-CV-73679

v.                                          Honorable Patrick J. Duggan

CITY OF DETROIT, FIRE DEPARTMENT
EMERGENCY MEDICAL SERVICES
DIVISION-DETROIT EAST MEDICAL
CONTROL AUTHORITY, MARCUS
TOWNSEND and JOHN DOE I,

      Defendants.
_____/

## JUDGMENT

At a session of said Court, held in the U.S.
District Courthouse, Eastern District
of Michigan, on August 5, 2005.

PRESENT:        THE HONORABLE PATRICK J. DUGGAN
                         U.S. DISTRICT COURT JUDGE

      Plaintiff Rubye Baker, as personal representative for the estate of Stacey Baker, filed a six-count complaint against Defendants which alleged: (I) Malpractice; (II) Gross Negligence; (III) Violations of the Examination and Treatment for Emergency Medical Conditions and Women in Labor Act, 42 U.S.C. § 1395dd; (IV) Violations of the Civil Rights Act, 42 U.S.C. § 1983; (V) Intentional Tort; and (VI) Unlawful Deprivation of Right of Family Association.  On December 21, 2004, based upon the stipulation of the parties, this

Court dismissed Plaintiff's state law claims with prejudice. This matter is presently before the Court on Defendants' Motion for Summary Judgment, filed on June 6, 2005.

For the reasons set forth in an Opinion and Order issued this date,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendants' Motion for Summary Judgment is **GRANTED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's First Amended Complaint is **DISMISSED WITH PREJUDICE**.

                                                 s/PATRICK J. DUGGAN
                                                 UNITED STATES DISTRICT JUDGE

Copies to:
Benjamin Whitfield, Jr., Esq.
Paula J. Cole, Esq.